980 A.2d 32

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy CURTIS, Petitioner.

Nos. 85 EM 2009 & 86 EM 2009.

Supreme Court of Pennsylvania.

Aug. 10, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2009, the Petition for Allowance of Appeal *Nunc Pro Tunc,* treated as a Petition for Review, is **DENIED.**

980 A.2d 32

C.S.

v.

DEPARTMENT OF PUBLIC WELFARE

Petition of Support Center for Child Advocates.

No. 88 EM 2009.

Supreme Court of Pennsylvania.

Aug. 10, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2009, the "Petition for Leave to File an Answer to Commonwealth, Department of Public Welfare's Petition for Allowance of Appeal" is **DENIED.**